IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 3:05CR154TSL-JCS

EX-EARL HARRISON

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, EX-EARL HARRISON, without prejudice.

DUNN LAMPTON
United States Attorney

By:  DAVE FULCHER
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 23rd day of January, 2006.

UNITED STATES DISTRICT JUDGE